UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

FREDY RENAN NAJERA MONTOYA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - X

**SUPERSEDING INDICTMENT**

S1 15 Cr. 378

## COUNT ONE
### (Cocaine Importation Conspiracy)

The Grand Jury charges:

### OVERVIEW

1.  From at least in or about 2009, up to and including in or about 2014, multiple drug-trafficking organizations in Honduras and elsewhere worked together, and with support from certain prominent public and private individuals, including Honduran politicians and law enforcement officials, to receive multi-hundred-kilogram loads of cocaine sent to Honduras from, among other places, Colombia via air and maritime routes, and to transport the drugs westward in Honduras toward the border with Guatemala and eventually to the United States.

2.  For protection from official interference, and in order to facilitate the safe passage through Honduras of multi-

hundred-kilogram loads of cocaine, drug traffickers paid bribes to public officials, including certain members of the National Congress of Honduras.

3.    At all times relevant to this Superseding Indictment, FREDY RENAN NAJERA MONTOYA, the defendant, was a member of the National Congress of Honduras, referred to as a *diputado*, who participated in and supported the drug-trafficking activities of large-scale drug traffickers in Honduras and high-ranking members of Mexico's Sinaloa Cartel.  For example, NAJERA MONTOYA facilitated the receipt of cocaine-laden aircraft at clandestine landing strips in Honduras that were protected by heavily armed security personnel so that the cocaine could be transported through Honduras, sold to the Sinaloa Cartel, and imported into the United States.  NAJERA MONTOYA also participated in a maritime cocaine-trafficking venture that involved a $50,000 bribe paid to Fabio Porfirio Lobo, whose father was the President of Honduras at the time.

STATUTORY ALLEGATIONS

4.    From at least in or about 2009, up to and including in or about 2014, in Honduras and elsewhere, and in an offense begun outside of the jurisdiction of any particular State or district of the United States, FREDY RENAN NAJERA MONTOYA, the defendant, who is expected to be first brought to and arrested in

the Southern District of New York, and others known and unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

5.    It was a part and an object of the conspiracy that FREDY RENAN NAJERA MONTOYA, the defendant, and others known and unknown, would and did import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

6.    It was further a part and an object of the conspiracy that FREDY RENAN NAJERA MONTOYA, the defendant, and others known and unknown, would and did manufacture and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

7.    It was further a part and an object of the conspiracy that FREDY RENAN NAJERA MONTOYA, the defendant, and others known and unknown, would and did manufacture, distribute,

3

and possess a controlled substance on board an aircraft registered in the United States, in violation of Title 21, United States Code, Sections 959(c) and 960(a)(3).

8.     The controlled substance that FREDY RENAN NAJERA MONTOYA, the defendant, conspired to (i) import into the United States and into the customs territory of the United States from a place outside thereof, (ii) manufacture and distribute, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, and (iii) manufacture, distribute, and possess on board an aircraft registered in the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Title 21, United States Code, Sections 959 and 963; and
Title 18, United States Code, Section 3238.)

4

## COUNT TWO
### (Possession of Machineguns and Destructive Devices)

The Grand Jury further charges:

9.    Paragraphs One through Three of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

10.    From at least in or about 2009, up to and including in or about 2014, in Honduras and elsewhere, and in an offense begun outside of the jurisdiction of any particular State or district of the United States and for which one of two or more joint offenders has been first brought to and arrested in the Southern District of New York, FREDY RENAN NAJERA MONTOYA, the defendant, who is expected to be first brought to and arrested in the Southern District of New York, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the narcotics importation conspiracy charged in Count One of this Superseding Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, to wit, machineguns that were capable of

automatically shooting more than one shot, without manual reloading, by a single function of the trigger, as well as destructive devices.

(Title 18, United States Code,
Sections 924(c)(1)(A), 924(c)(1)(B)(ii), 3238, and 2.)

## COUNT THREE
### (Conspiracy to Possess Machineguns and Destructive Devices)

The Grand Jury further charges:

11. Paragraphs One through Three of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

12. From at least in or about 2009, up to and including in or about 2014, in Honduras and elsewhere, and in an offense begun outside of the jurisdiction of any particular State or district of the United States, FREDY RENAN NAJERA MONTOYA, the defendant, who is expected to be first brought to and arrested in the Southern District of New York, and others known and unknown, at least one of whom has been first brought to and arrested in the Southern District of New York, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 924(c).

13. It was a part and an object of the conspiracy that FREDY RENAN NAJERA MONTOYA, the defendant, and others known and

unknown, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, the narcotics importation conspiracy charged in Count One of this Superseding Indictment, would and did use and carry firearms, and, in furtherance of such drug trafficking crime, possess firearms, including machineguns that were capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger, as well as destructive devices, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

(Title 18, United States Code, Sections 924(o) and 3238.)

### FORFEITURE ALLEGATION
(As to Count One)·

14.   As a result of committing the controlled substance offense charged in Count One of this Superseding Indictment, FREDY RENAN NAJERA MONTOYA, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense charged in Count One of this Superseding Indictment.

FORFEITURE ALLEGATION
(As to Counts Two and Three)

15.   As a result of committing the firearms offenses charged in Counts Two and Three of this Superseding Indictment, FREDY RENAN NAJERA MONTOYA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved in and used in the commission of the offenses charged in Counts Two and Three of this Superseding Indictment.

Substitute Assets Provision

16.   If any of the above-described forfeitable property, as a result of any act or omission of FREDY RENAN NAJERA MONTOYA, the defendant:

> a.   cannot be located upon the exercise of due diligence;
>
> b.   has been transferred or sold to, or deposited with, a third person;
>
> c.   has been placed beyond the jurisdiction of the Court;
>
> d.   has been substantially diminished in value; or
>
> e.   has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United

States Code, Sections 853(p) and 970, and Title 28, United States

Code, Section 2461(c), to seek forfeiture of any other property of

the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 & 970; and
Title 28, United States Code, Section 2461(c).)


_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FREDY RENAN NAJERA MONTOYA,

Defendant.

SUPERSEDING INDICTMENT

S1 15 Cr. 378

(21 U.S.C. §§ 959(c) & 963; and
18 U.S.C. §§ 924, 3238, 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

_Kan 8. Wah_                    Foreperson.

1/18/18 - Filed - Super sealing Indictment
at       H/W issued
                    J Pitman
                    USMJ