UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :
: **STIPULATED**
- v. - : **PROTECTIVE ORDER**
:
FREDY RENAN NAJERA MONTOYA, : S1 15 Cr. 378 (PGG)
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - X

PAUL G. GARDEPHE, District Judge:

      WHEREAS, FREDY RENAN NAJERA MONTOYA, the defendant, has sought from the Government access to certain recordings and electronic communications that are discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure ("Rule 16") and which were recorded by a confidential source or sources;

      WHEREAS, the Government intends to produce to the defendant these recordings and electronic communications (the "protected recordings") and accompanying draft summaries and transcripts, to the extent available (collectively, the "protected materials");

      WHEREAS, the Government desires to protect the identity of the confidential source(s) who made the recordings and electronic communications contained in the protected materials;

      WHEREAS, the protected materials, if disseminated to

third parties, could, among other things, implicate the safety of others and impede ongoing investigations; and

WHEREAS, in the interest of expediting the discovery process, FREDY RENAN NAJERA MONTOYA, the defendant, by his attorney Victor Rocha, Esq., consents to the entry of this protective order; and for good cause shown;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The protected materials shall be used by the defendant, his counsel, and his counsel's agents only for purposes of defending the charges, in connection with sentencing, and pursuing any appeals, in this criminal action. To the extent the protected materials are shown to additional persons consistent with the terms set forth below, those additional persons may only use the protected materials in connection with this criminal action.

2. The Government will mark all items subject to this protective order in a manner indicating their protected status.

3. The protected materials and the information and identities contained or disclosed therein:

(a) Shall be used by the defendant and his counsel only for purposes of this action;

(b) Shall not be disclosed in any form by the defendant or his counsel except as set forth in paragraph 3(c) below;

(c) May be disclosed only by the defendant's counsel and only to the following persons (hereinafter "Designated Persons"):

> (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's attorney;
>
> (ii) independent expert witnesses, investigators or advisors retained by the defendant in connection with this action; and
>
> (iii) upon a motion by the defendant pursuant to paragraph 5 below, to show (but not provide copies of) protected materials to such other persons as hereafter may be authorized by the Court; and

(d) Shall be returned to the Government following the conclusion of this case.

4. The defendant and his counsel shall provide a copy of this protective order to Designated Persons to whom the

protected materials are disclosed pursuant to paragraph 3(c)(i), (ii) and (iii). Designated Persons shall be subject to the terms of this order.

5. Defense counsel may seek authorization of the Court to show (but not provide copies of) certain specified discovery materials to persons whose access to discovery materials is otherwise prohibited by the preceding paragraphs, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

6. The provisions of this order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, sentencing, or appeal proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

AGREED AND CONSENTED TO:

_____      7-3-18
Victor Rocha, Esq.     Date
Attorney for the defendant

SO ORDERED:

_____      7-6-18
HONORABLE PAUL G. GARDEPHE     Date
United States District Judge
Southern District of New York