# LAW OFFICES OF VICTOR E. ROCHA, P.A.
**990 BISCAYNE BLVD, SUITE O-903**
**MIAMI, FLORIDA 33132**

Tel: (305) 774-9111                                                                                          Fax: (305) 514-0987

August 6, 2018

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

        **RE:**    **United States v. Fredy Renan Najera Montoya**
               **S1 15 CR. 378 (PGG)**

Dear Judge Gardephe:

      The Defendant respectfully submits this letter in order to present a stipulation between the Government and the defense regarding Defendant's request for additional time needed to submit the defense motion for Federal Rule of Criminal Procedure 15 deposition of witnesses in Honduras for presentation at trial.

      Pursuant to this Court's Scheduling Order issued at the Status Conference held on July 24th, 2018, the Defendant is required to file his Motion for Depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure on or before August 10, 2018; Government's Opposition by August 17th, 2018 and Defendant's Reply by August 22nd, 2018.

      Undersigned counsel has already traveled to Honduras on one occasion since the status conference of July 24th, 2018 to determine the witnesses required for the defense. In order to interview and properly select the witnesses from Honduras to be called at trial, undersigned counsel will require one additional week. The undersigned spoke to Assistant United States Attorney Emil Bove on Thursday August 2nd, 2018 after the undersigned returned from Honduras in order to request his consent to a one-week extension for the defense presentation of the Rule 15 motion. Mr. Bove has kindly consented to said one-week extension with the understanding that the Government would be entitled to 10 days to respond in opposition. The defense would only require 5 days to reply thereafter.

      Therefore, the Defendant respectfully requests that based upon the stipulation of the parties, that the scheduling of the Rule 15 motions be extended as follows:

# LAW OFFICES OF VICTOR E. ROCHA, P.A.
**990 BISCAYNE BLVD, SUITE O-903**
**MIAMI, FLORIDA 33132**

**Tel: (305) 774-9111**                                                      **Fax: (305) 514-0987**

      Defense submission of Motion for Depositions pursuant to Federal Rules of Criminal Procedure 15 is due by August 17, 2018; Government's Reply in Opposition is due by August 27, 2018 and Defendant's Reply is due by September 1, 2018.

      This motion is made in good faith, without intent to hinder or unnecessarily delay these proceedings and being mindful that this matter is scheduled for trial on December 11, 2018 at 9:30 a.m.

      Respectfully Submitted,

      */s/ Victor E. Rocha, Esq.*
Law Offices of Victor E. Rocha
990 Biscayne Blvd, Suite O-903
Miami, Florida 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com