

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 5, 2018

Via ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/7/18
```

      **Re:   United States v. Fredy Renan Najera Montoya, S1 15 Cr. 378 (PGG)**

Dear Judge Gardephe:

      On September 4, 2018, defendant Fredy Renan Najera Montoya filed three pretrial motions pursuant to the deadline set by the Court at the July 24, 2018 status conference. (Dkt. Nos. 27-29). The parties have conferred and respectfully request that the Court set the following schedule for additional submissions related to the defendant's September 4 motions: (i) Government opposition due by September 19, and (ii) defense reply, if any, by September 29.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

    By: /s/
       Emil J. Bove III
       Matthew J. Laroche
       Assistant United States Attorneys
       (212) 637-2420

Cc:   Victor Rocha, Esq.
      (Via ECF)

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Sept 7, 2018