UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 15-CR-378

FREDY RENAN NAJERA MONTOYA,

    Defendant.
_____/

### **EMERGENCY MOTION TO ADJOURN STATUS CONFERENCE**

    COMES NOW the undersigned, **Victor E. Rocha, Esquire,** and files this Emergency Motion to Adjourn the Status Conference currently set for October 17, 2018 at 2:15 p.m., and in support of this motion states as follows:

    1.  On the morning of October 11, 2018, the undersigned counsel received a notice that set this matter for Status Conference on October 17, 2018 at 2: 15 p.m. before the Honorable Judge Paul G. Gardephe.

    2. Prior to this Court setting this hearing, on September 6, 2018, the undersigned counsel filed his Notice of Unavailability stating that he would be unavailable from October 12, 2018 to October 30, 2018 due to his impending marriage and honeymoon.

    3.  The marriage was planned last spring, the honeymoon trip abroad was scheduled many months ago and the tickets are non-refundable. Undersigned Counsel will not be in the country on October 17, 2018.

1

4. The undersigned counsel is respectfully requesting that this matter be set over until October 30, 2018 or as soon thereafter as practicable to this court.

WHEREFORE, the undersigned counsel respectfully requests that the Court adjourn the Status Conference currently set for October 17, 2018 to October 30, 2018 or soon thereafter so that the undersigned counsel is available to attend.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been filed with the Clerk of Court using the CM/ECF Filing System on this 11TH day of October 2018.

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
990 Biscayne Blvd, Suite O-903
Miami, Florida 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

By: */s/ Victor E. Rocha, Esquire*_____
    **VICTOR E. ROCHA, ESQUIRE**
    **NEW YORK BAR NO.: VR9648**