USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

15 Cr. 378 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated in open court on October 30, 2018, defense counsel's motion to withdraw (Dkt. No. 35) is denied. The transcript of the October 30, 2018 ex parte conference is sealed and is to made available only to Defendant upon request.

With respect to Defendant's pretrial motions, Defendant will file any reply by **November 9, 2018**.

Dated: New York, New York
October 31, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge