UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 15-CR-378 (PGG)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**AFFIDAVIT OF PHILIP R. HOROWITZ, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

FREDY RENAN NAJERA MONTOYA,

    Defendant.
_____/

STATE OF FLORIDA    )
                            ) SS:
COUNTY OF MIAMI-DADE )

    PHILIP HOROWITZ, ESQUIRE being duly sworn deposes and says as follows:

1. I am a practicing attorney in the Law Offices of Philip R. Horowitz, Esquire., a Miami Based Law Firm.

2. I submit this affidavit in support of Attorney Victor E. Rocha's Motion for Attorney PHILIP R. HOROWITZ, ESQUIRE for admission to practice pro hac vice in the above captioned matter.

3. I am a member in good standing of the Bar of the State of **FLORIDA**.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony, have never been censured, suspended, disbarred or denied admission or readmission by any court, there are any disciplinary proceedings presently against me.

1

6. Wherefore this affidavit respectfully submits that I, Attorney Philip R. Horowitz, Esquire., be permitted to appear as counsel and advocate **pro hac vice** in this case for pre-trial and trial purposes only.

PHILIP HOROWITZ, ESQUIRE
Movant
FLORIDA BAR NUMBER: 466557
PHILIP R. HOROWITZ, ESQUIRE
9130 S. DADELAND BLVD, SUITE 1910
MIAMI, FL 33156
TEL: (305) 670-1915
FAX: (305) 670-1901
Email: horowtizdefense@aol.com

SWORN AND SUBSCRIBED before me this 15th day of November, 2018, by PHILIP R. HOROWITZ, who is personally known _____ or produced identification _____. Type: _____

NOTARY PUBLIC, State of Florida at Large

Sandra Mogollon
Commission # GG205335
Expires: 6/18/2022
Bonded thru Aaron Notary

Respectfully submitted,

LAW OFFICES OF VICTOR E. ROCHA, P.A.
990 Biscayne Blvd, Suite O-903
Miami, FL 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

BY: _____
VICTOR E. ROCHA, ESQ.
NY BAR NUMBER: VR9648

2