UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 1:15-CR-378-PGG

**UNITED STATES OF AMERICA**
*Plaintiff*,

vs.

**FREDY RENAN NAJERA MONTOYA,**
*Defendant.*
_____/

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW, the undersigned attorney and hereby files his appearance on behalf of, FREDY RENAN NAJERA MONTOYA and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to him on behalf of said Defendant.

Respectfully submitted,

/s/ Joaquin Perez
_____
JOAQUIN PEREZ, ESQ.
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
NY. Bar No.: 5237532
Jplaw1@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 4th day of January, 2019 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ Joaquin Perez
_____
Joaquin Perez, Esq.