

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 8, 2019

Via ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    **United States** v. **Fredy Renan Najera Montoya**,
              S1 15 Cr. 378 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests, with the consent of defense counsel, that the Court set the following briefing schedule relating to the defendant's April 6, 2019 motion to withdraw his guilty plea (Dkt. No. 94):

- Government opposition due by June 10, 2019; and

- Defense reply due by July 1, 2019.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

                             By:   /s/
                                            Emil J. Bove III
                                            Matthew J. Laroche
                                            Assistant United States Attorneys
                                            (212) 637-2420

Cc:    Defense Counsel
       (Via ECF)