# Sworn Statement

Regarding my plea of guilty, given my differences with Dr. Rocha who didn't want to represent me and whom I did not want to as lawyer I felt coerced to admit certain things that were not true with respect to Count 2, which since I am unable to physically differentiate an automatic weapon from a regular weapon

There was a moment during the long hearing in which I felt that my decisions were involuntary because everyone was against me. I am innocent of Count 2 I never was involved in the death of General Gonzalez that's Leonel Cachiro's invention to suggest that I'm a violent person.

Last year Leonel Cachiro was transferred to unit (7 North). He threatened me, and told me that I had to plead guilty and that I would come out in 3-4 years, but that I had to agree to everything the prosecutors said, including lies like for example my alleged involvement in the death of General Gonzalez.

Cachiro told me that I had to admit to the death of General Gonzalez, of weapons and also accept that we had done drug business for a long time to which I replied that I would never accept those lies. In fact I asked him to tell the truth to the prosecutor and the Court, that he had lied about me. He replied that he had to continue to lie because they would take away his cooperation and as a result he (Leonel Cachiro) would have to spend the rest of his life in life. Only 2 times I saw Leonel Cachiro.

On the day of the hearing Dr. Rocha whispered to me that I should lie to plead guilty. Now I realize his interest was to protect Mr. Winter who is his friend and whom he has represented since 2015.

I also mentioned, Mr. Matta Jr., whom Dr. Rocha also represented. Recently I found out that apparently there was a conflict involving Dr. Rocha, Winter and Matta due to the loss of money maybe that is why he never conducted an investigation on my behalf in Honduras. Therefore I maintain my innocence of Count 2 to weapons, of which I am innocent and consistent in the law, hope that the Government prove my guilt to drug trafficking charges in Count 1.

/s/ Fredy Najera Montya