UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

15 Cr. 378 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Defendant will submit a letter by **August 16, 2019**, stating whether he is asserting actual innocence with respect to Count One of the Superseding Indictment. The Government will submit a letter by **August 30, 2019**, stating whether it wishes to litigate the Defendant's motion to withdraw his guilty plea, or proceed to trial.

Dated: New York, New York
       August 5, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge