*Law Office Of*

**Joaquin Perez**

6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
*jplaw1@bellsouth.net*
(Also admitted in Massachusetts and Rhode Island)

**Via ECF**

August 15, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

      Re:   *United States v. Fredy Renan Najera Montoya*
           15-cr-378 (PGG-1)

Dear Judge Gardephe:

      The Defendant, Fredy Renan Najera Montoya, respectfully requests with the consent of the government's counsels, that the order dated August 5, 2019 (Document 118) be amended permitting the Defendant to submit a letter by Monday, August 26, 2019, and indicate whether defendant is asserting actual innocence with respect to Count One of the Superseding Indictment. The government will submit a reply by September 9, 2019, stating whether it wishes to litigate the Defendant's motion to withdraw his guilty plea or proceed to trial.

      Please respectfully advise if this proposed schedule is acceptable to the Court.

                    Respectfully submitted,

                    /s/ Joaquin Perez     /
                    JOAQUIN PEREZ, ESQ.
                    NYB: 52376532
                    6790 Coral Way
                    Miami, Florida  33155
                    Tel. (305) 261-4000
                    jplaw1@bellsouth.net

cc:    Matthew J. Laroche, AUSA
       Emil J. Bove, III, AUSA
       (Via ECF)