EXHIBIT A

Mi nombre es F.R.N.M.
ciudadano de Honduras
Id. 1517 1477 00033

Cuando supe de los cargos que pesaban en mi contra hice los arreglos necesarios para presentarme a las autoridades de estados unidos en aquel entonces pensaba que este pais era de leyes y que solo trataba de conseguir la verdad de las personas, cuando me reuni con los fiscales me di cuenta que ellos tenian una forma unilateral de definir la verdad y que si no estaba de acuerdo con ellos estaba mintiendo.

a este efecto me exigieron que admitiera mi presunta culpabilidad del General Gonzales y que yo tenia una relacion y negocios de drogas con los Cachiros Ambas cosas son una infamia y mentira la cual no podia aceptar.

Los fiscales me dijeron que ellos creian a los Cachiros y sino aceptaba lo dicho por ellos estaria mintiendo y no podria llegar a un arreglo con el govierno.

Significantemente eso mismo fue lo que me sugirio lenod cachiro cuando estuvimos

juntos en la unidad Falurte en el 2018, cachiro me Repitio que tenia que aceptar que habia hecho negocios en varias ocasiones con ellos y que habia traficado con drogas y armas con ellos y Aunque feeran mentiras tenia que aceptarlas para estar bien con el gobierno y me hiban a Veneficiar.

en diferentes ocasiones le mensione al Dr Rocha mi dilema, el dr Rocha Solo estaba preocupado por sus honorarios y por tratar de evitar ir a Juicio en el caso. el Dr Rocha mintio con respecto con que yo le habia ofrecido 1,000,000 Dollar por representarme. nunca hubo un contrato por escrito todo se hizo atravez de un Abogado en honduras quien puede dar fe de la cantidad de dinero que se le entrego dado que el mantuvo un detalle de pagos.

despues que la moción que Rocha Radico para retirarse del caso fue negado Solo tuvimos 40 dias para prepararnos para el Juicio. en ese tiempo en diferentes ocuciones le pedi que investigara la credibilidad de los cachires y de lo relacionado a la muerte del General Gonzale Siempre me dijo que eso no era importante que no tenia que ver con mi caso, solo dispues me entere que el Gobierno hiba

utilizar mi Responsabilidad por la muerte del General para provar el caso de las armas y probar el involucramiento en caso de narcotrafico con los cachiros. Ahora me doy cuenta que rocha estaba mas preocupado por la Amistad y relación con Winter B. que proteger mis intereses, me he enterado que hay diferentes fuentes que fue la persona Responsable de la muerte del general Gonzales.

Cuando le preguntaba al sr Rocha que o refutara las acusaciones siempre me decia que no eran importantes y que el creia que yo era el que tenía insentivo para matar al General Gonzales Durante los 40 dias que tuvimos para prepararnos para Juicio las visitas que me hizo feron cortas y muchas veces preocupado por mas dinero.

en una Ocación le dije por las declaraciones de los cachiros que implicaban a varias personas que implicaban la muerte del General eran falsas le dije que los Calhiros no ocupaban Ayuda para matar a nadie y que basicamente habian buscado a un grupo de personas, Matta, Valles y otras personas los cuales las usaban para poder hacerlos responsables por la muerte y proteger algunos asociados incluyendo el el Sierra

Durante el periodo para preparación para juicio le pedí que fuera a honduras a hacer estas investigaciones incluyendo la de muttoi no es verdad que no se le ofrecieron los recursos si se le siguio mandando dinero para gastos y honorarios hasta el ultimo momento en efecto se le enviaron 10-15 mil dollares se le hicieron mayor durante este periodo otravez del dr urtecho.

la situación entre Rocha y mi persona siguio empeorando durante los dias durante el juicio considere que no estava el preparado para Juicio y que no queria ir a juicio y su unico deseo era que me dellarara culpable en aquel momento me consideraba oislado y sin tener poder para cambiar las cosas el dro. 7 de Diciembre 2018 le manifeste a mi Señorio. toni inconformidad al trabajo del Dr Rocha y que no habia hecho la investigación appropriada que no consideraba estuviera listo para ir a juicio.

entre el 7 y 10 de Diciembre la situación empeoro y me senty mas aislado y desesperado ya para el 10 de Diciembre pense que no tenia obción y que mi ultimo recurso era pedirle al juez me nombrara otro aboyado

Cuando Su Señoría me pregunto que si estaba sastifecho con el trabajo del Dr Rocha. Le respondí claramente que no confiaba en el y que no estaba preparado para juicio y me estaba forzando a declararme culpable mis dudas fueron claramente expresadas y justificadas

Cuando su Señoría pregunto por que no estaba contento con el Sr. Rocha. Le explique que tenia que haber investigado a winter B-, a Maltta la respuesta de rocha fue que no importaba la opinión de ellos que el testimonio de los Cachiros era suficiente para encontrarme culpable y hacerme responsable por la muerte del general Gozales., cuando pregunte por el testimonio del sr. Maltita el Sr. Rocha mintio diciendo que nunca había hablado con el y que no sabia lo que podría haber dicho despues me entere que el Sr. Rocha había representado a Mattu y que el Sr. Maltta le habían indicado que los Cachiros mentron acerca de su participación en la muerte del General Gonzales es mas ahora me entero que en ese 2009 el Sr Matta no vivia en honduras y no viajo a honduras y nunca se reunio con cachiro ni con nadie para planificar la muerte del General Gonzales.

con respecto a lo que ocurrio mientras me declaraba culpable el Dr Rocha me decia en vos baja que dijera que habia recibo Dinero en Dollares y que habia participado en temas de armas, ademas que dijera que los cachiros me hubiran dado Dollarres

- unos minutos antes
- Durante la audiencia del 7 o 10 Diciembre que me llevaron a un peyeño cuarto con ventana de vidrio hable con el Dr Rocha el me dijo que me declarara culpable que aunque en mi caso no habian evidencias, pruebas que se trataba solo de testimonios que le hiban a creer a los cooperadores todo lo que dijeron no importaba si eran cierto o mentira, ~~~~

en conclusión el Dr Rocha nunca me mensiono el impacto de su representación previa del Sr. Matta y el Sr. Blanco y como afectava la defensa del caso el Sr. Rocha pudo haberle hechado la culpa al Sr. Blanco quien todo indica fue la persona responsable de la muerte del General y no lo hizo el Sr. Rocha sabia que el Sr. Matta habia indicado que no habia tenido nada que ver en esa muerte y no hizo nada para impactar la credibi

litdad de Cachiro.

- nunca investigo ni preparo una defensa apropiada y se convirtio el 70 Des- en acusado no en mi defensor

- finalmente aislado y sintiendo que no tenia nadie que me defendiera el Sr. Rocha influencio y me mintio para que me declarara culpable. a un cargo que me condenaria a 40 años de vida.

tengo fe que se va hacer Justicia en Estados Unidos y que se va respetar mi derecho a la legitima defensa

La presente declaración esta hecha sabiendo que cualquier falsedad me puede sujetar a cargo de perjurio.
Juro que todo lo aqui indicado es la verdad.

F.R.N M.
fecho. 23-Sep.-2019

My name is Fredy Nájera Montoya

Citizen of Honduras

Number of Cedula 151747700033

When I heard about the charges against me, I made arrangements to report to the U.S. authorities. Back then I thought this country was one of laws and that it was just trying to get the truth from people. When I met with the prosecutors, I realized that they had a one-sided way of defining the truth and that if I didn't agree with them, I was lying.

To this end, they demanded that I admit my alleged culpability into the death of General González and that I had a drug business relationship with the Cachiros. Both are an infamy or a lie which I could not accept.

Prosecutors told me they believed the Cachiros, and if I didn't accept what was said, I'd be lying and I couldn't reach a deal with the government.

Significantly, that's what Leonel Cachiro suggested when we were together in unit 7 North in 2018.

Cachiro reiterated to me that I had to accept that I had done business on several occasions with them and that I had trafficked drugs and weapons with them and even if it was a lie I had to accept them to be okay with the government and it would benefit me.

On several occasions I mentioned to Dr. Rocha my dilemma, Dr. Rocha was only concerned about his fees and trying to avoid going to trial in the case. Dr. Rocha lied about me offering him $1,000,000 for representing me. There was never a written contract, everything was done through a lawyer in Honduras who can attest to the amount of money that I delivered to him given that he kept a detail of the payments

After Dr. Rocha's motion to withdraw from the case was denied, we only had 40 days to prepare for trial. At that time on different occasions, I asked him to investigate the credibility of the Cachiros and in what related to the death of General Gonzalez. He always told me that this was not important and that it had nothing to do with my case, only afterwards I learned that the government was going to the use the death of General Gonzalez to prove the case of weapons and my alleged involvement in the case of drug trafficking with the Cachiros. Now I realize that Rocha was more concerned about friendship and relationship with Winter B. than protecting my interests. I've learned from different sources that Winter B was the person responsible for General Gonzalez's death.

When I asked Dr. Rocha to refute the accusations, he always told me that they were not important and that he believed that I was the one who had the incentive to kill General Gonzalez. During the 40 days we had to prepare for the trial the visits he made to me were short and he often worried about more money. I once told him that the Cachiros' statements involving several people involved in General Gonzalez's death were false. I

told him that the Cachiros didn't need help killing anyone and that they had basically sought out a group of enemy people like, Matta, Valles and others who they used so they could hold them accountable for the death (of General Gonzalez) and protect some of their partners, including Eriel Sierra.

During the trial preparation period, I asked him to go to Honduras to investigate matters, including Matta. It is not true that he was not offered the resources. I continued to send money for expenses and fees until the last moment, in fact he was sent 10-15 thousand dollars during the last weeks through Dr. Urtrecho.

The situation between Rocha and myself continued to worsen during the days of the trial I felt that he was not prepared for trial and that he did not want to go to trial, and his only wish was for me to plead guilty. At the time I felt isolated and powerless to change things. On December 7, 2018, I expressed to my wife my dissatisfaction with Dr. Rocha's work and that he had not done the proper research. I did not consider him to be prepared. I never thought he was ready to go to trial.

Between December 7 and 10 the situation got worse and I felt more isolated and desperate since on December 10 I thought I had no choice and my last resort was to ask the judge to appoint me another lawyer.

When the Honorable Judge asked if I was satisfied with Dr. Rocha's work, I clearly replied that I didn't trust him and that he wasn't prepared for trial and was forcing me to plead guilty. My doubts were clearly expressed and justified.

When the Honorable Judge asked me why I was not satisfied with Mr. Rocha, I explained that I didn't trust him because when told him that he should have investigated Winter B, and Matta, Rocha's response was that it did not matter, that their opinion was not important, that the opinion of the Cachiros' testimony was sufficient to find me guilty and hold me accountable for the death of General Gonzalez. When I asked him about Mr. Matta's testimony, Dr. Rocha lied that he had never spoken to him and that he did not know what he could have said. I later learned that Mr. Rocha had represented Matta and that Mr. Matta had indicated to him that the Cachiros lied about their involvement in General González's death. Moreover, I learned that in 2009 Mr. Matta did not live in Honduras, did not travel to Honduras and never met with the Cachiros or anyone to plan the death of General Gonzalez. With regard to what happened while pleading guilty, Dr. Rocha quietly told me to say that I had received money in dollars and that I had participated in arms dealings and that I received dollars from the Cachiros.

During the hearing on December 7 or 10 they led me to a small room with glass windows. I spoke to Mr. Rocha, he told me to plead guilty although in my case there was no evidence that it was only testimonies and that would believe the cooperators, it didn't matter if it was the truth or a lie.

In conclusion, Dr. Rocha never mentioned to me the impact of his prior representation of Mr. Matta and Mr. Blanco and how it would affect the defense of my case. Mr. Rocha

could have blamed Mr. Blanco, who everything indicates was the person responsible for the General's death. Mr. Rocha did not know that Mr. Mata had indicated that he had had nothing to do with that death of General Gonzalez and did nothing to impact the credibility of Cachiro. He never investigated or prepared an appropriate defense and became my accuser not my defender.

Finally isolated and feeling that I had no one to defend me, Mr. Rocha influenced me and lied to me to plead guilty to a charge that would condemn me to 40 years to life.

I have faith that justice will be done to me in America and that my right to the legitimate defense will be respected.

This statement is made knowing that any falsehood may subject me to charges of perjury.

I swear everything here is the truth.

/s/ F.R.N.M

Date 23-sep -2019

                                          Justin Levine

                                          Notary Public- State of New York

                                          Comm. No 02LE6035538

## TRANSLATOR'S CERTIFICATE

I, MAGDALENA MEDEL, am fluent in the Spanish and English languages and capable of complete and accurate translation from Spanish into English. I have translated the following document completely and accurately from Spanish into English. The document is true and faithful translation of the original:

STATEMENT OF FREDY NAJERA MONTOYA

Honduran Identification Number 151747700033

Dated September 23, 2019-10-01

on October 1st, 2019.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MAGDALENA MEDEL

State of Florida    )
                    )
County of Miami-Dade)

SWORN TO AND SUBSCRIBED BEFORE ME by MAGDALENA MEDEL who <u>is personally known to me</u>//has provided identification and <u>who did</u>/did not take an oath on October 1st, 2019..

SARA N. CORADO
MY COMMISSION # GG 247669
EXPIRES: August 12, 2022
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC
STATE OF FLORIDA

My commission expires:

Identification provided: _____