*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
*jplaw1@bellsouth.net*
(Also admitted in Massachusetts and Rhode Island)

<u>Via ECF</u>

December 27, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Fredy Renan Najera Montoya*
            15-cr-378 (PGG-1)

Dear Judge Gardephe:

Defendant respectfully submits this letter to request an extension of the January 6, 2020 filing deadline for submission of additional evidence in support of his motion to withdraw the guilty plea to Count II of the Indictment. The government has no objection to an extension until February 10, 2020. Accordingly, Defendant requests leave to file additional submissions on or before February 10, 2020.

                                Respectfully submitted,

                                /s/ *Joaquin Perez*
                              JOAQUIN PEREZ, ESQ.
                              NYB: 52376532
                              6790 Coral Way
                              Miami, Florida 33155
                              Tel: (305) 261-4000
                              jplaw1@bellsouth.net

cc:    Emil J. Bove, III, AUSA
        Matthew Laroche, AUSA

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 30, 2019