UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

(S1) 15 Cr. 378

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant will take place on **June 23, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due on **June 2, 2020**, and any submission by the Government is due on **June 9, 2020.**

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
February 19, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge