*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
jplaw1@bellsouth.net
(Also admitted in Massachusetts and Rhode Island)

MEMO ENDORSED
The sentencing scheduled for June 23, 2020 is adjourned to August 10, 2020 at 4:00 p.m.

**Via ECF**

June 1, 2020

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
June 2, 2020

Re:   *United States v. Fredy Renan Najera Montoya*
      15-cr-378 (PGG-1)

Dear Judge Gardephe:

    Defendant respectfully submits this letter requesting a forty-five (45) day adjournment of the sentencing hearing currently scheduled for June 23, 2020 at 4:00 pm. The government has no objection to this request.

Respectfully submitted,

/s/ *Joaquin Perez*
JOAQUIN PEREZ, ESQ.
NYB: 52376532
6790 Coral Way
Miami, Florida 33155
Tel. (305) 261-4000
jplaw1@bellsouth.net

cc:   Matthew J. Laroche, AUSA
      Emil J. Bove, III, AUSA
      (Via ECF)

1