*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
*jplaw1@bellsouth.net*
(Also admitted in Massachusetts and Rhode Island)

<u>Via ECF</u>

June 4, 2020

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: June 5, 2020

    Re:    *United States v. Fredy Renan Najera Montoya*
            15-cr-378 (PGG-1)

Dear Judge Gardephe:

    Defendant respectfully submits this letter motion requesting the entry of an Order unsealing the minutes of the hearing held on December 6, 2019.[1] The government has no objection to this request.

    Respectfully submitted,

    /s/ *Joaquin Perez*
    JOAQUIN PEREZ, ESQ.
    NYB: 52376532
    6790 Coral Way
    Miami, Florida 33155
    Tel. (305) 261-4000
    jplaw1@bellsouth.net

cc:    Matthew J. Laroche, AUSA
        Emil J. Bove, III, AUSA
        (Via ECF)

---

[1] No Docket Entry generated. *See* D.E. 127 ordering an evidentiary hearing.

1