UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

(S1) 15 Cr. 378

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant currently scheduled for October 15, 2020 is adjourned to **January 6, 2021 at 11:00 a.m.** Any submissions on behalf of the Defendant are due on **December 16, 2020**, and any submission by the Government is due on **December 23, 2020.**

Dated: New York, New York
       September 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge