UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

(S1) 15 Cr. 378

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant's sentencing, currently scheduled for March 5, 2021, is adjourned to **May 11, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge