UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

15 Cr. 378 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing scheduled for May 11, 2021 is adjourned to **June 11, 2021 at 11:00 a.m.**

Dated: New York, New York
May 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge