

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

<u>Via Email</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:  *United States v. Fredy Renan Najera Montoya*, S1 15 Cr. 378 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of May 11, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _____
      Matthew Laroche
      Assistant United States Attorney
      (212) 637-2420

cc: Defense Counsel (by ECF)