*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
jplaw1@bellsouth.net
(Also admitted in Massachusetts and Rhode Island)

**MEMO ENDORSED:**

Defendant's sentencing, currently scheduled for September 3, 2021, is adjourned to **October 15, 2021 at 12:00 p.m.** The Probation Department is directed to submit a revised Presentence Investigation Report no later than September 15, 2021. Any supplemental submissions on behalf of the Defendant are due on September 22, 2021, and any supplemental submissions by the Government are due on September 29, 2021.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: August 25, 2021

**Via ECF**

August 18, 2021

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Fredy Renan Najera Montoya*
      15-cr-378 (PGG-1)

Dear Judge Gardephe:

    Defendant Fredy Najera Montoya moves this court for a 40-day adjournment of the sentencing date currently scheduled for September 3, 2021. On July 9, 2021, this Honorable Court entered an Order directing the Probation Office to prepare a revised Presentence Investigation Report ("PSR") addressing the objections raised in Defendant's sentencing submissions no later than August 13, 2021 (Dkt. No. 167). On August 17, 2021, at approximately 2:00 pm, U.S. Probation Officer Jefferies called the undersigned indicating that she had not previously received notice of the Court's Order, or the objections previously filed by Mr. Najera Montoya (Dkt. Nos. 155,164). To avoid further delay, copies of prior emails submitted to the Probation Department, along with sentencing submissions, and the above-mentioned Court Order were emailed to USPO Jefferies who has confirmed receipt.

    USPO Jefferies requested additional time to review the sentencing submissions, discuss the issues with her supervisor next week, and secure the government's position on the factual objections. Given the scope of the matters at issue and in dispute- and the government and Probation Department's request for a life sentence, Defendant is requesting an adequate amount of time to prepare for the sentencing hearing with a newly amended PSR.

Respectfully submitted,
/s/ *Joaquin Perez*
JOAQUIN PEREZ, ESQ.
NYB: 52376532
6790 Coral Way
Miami, Florida 33155
Tel. (305) 261- 4000
jplaw1@bellsouth.net

cc:   Jason Andrew Richman, AUSA
      Emil Joseph Bove, III, AUSA
      U.S. Probation Officer Jill S. Jefferies

1