UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

(S1) 15 Cr. 378

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant currently scheduled for October 15, 2021 is adjourned to **November 12, 2021 at 11:00 a.m.**

Dated: New York, New York
October 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge