

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 3, 2022

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. Fredy Renan Najera Montoya</u>, S1 15 Cr. 378 (PGG)

Dear Judge Gardephe:

  In advance of the *Fatico* hearing currently scheduled for January 24, 2022 in the above-captioned matter, the Government respectfully requests that the Court enter the enclosed proposed protective order governing the handling of material to be produced by the Government pursuant to the Jencks Act and *Giglio*. Defense counsel has consented to the entry of this order on behalf of the defendant.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

          By:   /s/
            Jacob Gutwillig
            Jason A. Richman
            Elinor Tarlow
            Assistant United States Attorneys
            (212) 637-2589

Cc: Defense Counsel (Via ECF)