UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FREDY RENAN NAJERA MONTOYA,<br><br>Defendant. | **ORDER**<br><br>15 Cr. 378 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today, the Defendant's sentencing will take place on **June 29, 2022, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Any additional submission from the Defendant is due by **May 13, 2022**. Any supplemental sentencing submission from the Government is due by **May 27, 2022**.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge