UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>FREDY RENAN NAJERA MONTOYA,<br><br>Defendant. | **ORDER**<br><br>(S1) 15 Cr. 378 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Defendant's sentencing, currently scheduled for June 29, 2022, is adjourned to **Wednesday, July 6, 2022, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         June 21, 2022

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge