*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
jplaw1@bellsouth.net
(Also admitted in Massachusetts and Rhode Island)

**Via ECF**

June 28, 2022

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Fredy Renan Najera Montoya*
      15-cr-378 (PGG-1)

Dear Judge Gardephe:

With the government's consent, Defendant Fredy Najera, moves this Court for a brief adjournment of the sentencing hearing which was rescheduled to July 6, 2022 at 2:00P PM. As was explained to the government, the undersigned's son who is nineteen (19) years old had made travel plans to go to Spain with the undersigned during the Fourth of July weekend. The undersigned will be available during the entire week commencing from July 18, 2022 through July 21, 2022.

The government advises of its unavailability on July 22, 2022. Therefore, Defendant respectfully requests that sentencing in the cause be rescheduled during the week of July 18, 2022 to the exclusion of the government's unavailability.

Respectfully submitted,
/s/ *Joaquin Perez*             /
JOAQUIN PEREZ, ESQ.
NYB: 52376532
6790 Coral Way
Miami, Florida 33155
Tel. (305) 261- 4000
jplaw1@bellsouth.net

cc:   Elinor Tarlow, (USANYS)
      Jacob Gutwillig (USANYS)

---

**MEMO ENDORSED**:
The Defendant's sentencing currently scheduled for July 6, 2022, is adjourned to **July 29, 2022, at 10:00 a.m.** in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: June 29, 2022