UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>FREDY RENAN NAJERA MONTOYA,<br><br>                  Defendant. | **ORDER**<br><br>S1 15 Cr. 378 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Due to a COVID-19 outbreak at the Defendant's detention facility, the sentencing previously scheduled for July 29, 2022, is adjourned to **August 24, 2022, at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 27, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge