UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FREDY RENAN NAJERA MONTOYA,

Defendant.

**ORDER**

(S1) 15 Cr. 378 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant's sentencing, currently scheduled for August 24, 2022, is adjourned to **Wednesday, September 21, 2022, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        August 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge