UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:15-CR-378 PGG

**UNITED STATES OF AMERICA,**
      *Plaintiff*,

-V.S.-

**FREDY RENAN NAJERA MONTOYA,**
      *Defendant*.
_____/

### MOTION TO STRIKE

COMES NOW, undersigned attorney, and files this Notice of Striking Document, Docket entry 223 which was incorrectly dated the Letter Motion as April 22, 2022.

WHEREFORE, undersigned attorney respectfully apologizes to the Court for the error and requests the previously filed document be stricken.

Respectfully submitted,

/s/ Joaquin Perez
_____
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
NYB: 52376532
FL Bar: 335339
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Jplaw1@bellsouth.net

**MEMO ENDORSED**:
The Clerk of Court is directed to strike Docket Numbers 223 and 224.

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge
Dated: August 29, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been filed with the Clerk of Court using the CM/ECF Filing System on this 24th day of August 2022.

/s/ *Joaquin Perez*
JOAQUIN PEREZ, ESQ.