UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FREDY RENAN NAJERA MONTOYA,<br><br>Defendant. | **ORDER**<br><br>(S1) 15 Cr. 378 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant's sentencing, currently scheduled for September 21, 2022, is adjourned to **Thursday, October 13, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          September 19, 2022

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge